# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

CHARLOTTE CUNNINGHAM BOYD,

    Plaintiff,

    V.                      Case No. 06-0530-CV-W-JTM-SSA

MICHAEL J. ASTRUE,

    Defendant.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED**

that the Defendant's Motion to Reverse and Remand, filed March 1, 2007, (Doc. #14) is granted. Accordingly, this matter is REVERSED AND REMANDED pursuant to sentence 4 of section 205(g) of the Social Security Act, 42 U.S.C. Section 405(g) for further administrative proceedings as set forth in the defendant's motion. (Date of Order: March 14, 2007.)

                                      P. L. BRUNE
                                      CLERK OF COURT

                                      /s/ *Bonnie J. Rowland*
                                      (By) Deputy Clerk